Jean Mayberry, Plaintiff-Appellant, v. Frank Moser and Frank Moser as Executor of the Estate of Caroline S. Moser, Defendant-Appellee.

Gen. No. 67–63. 

Fifth District.
October 24, 1967.

Theodore Van Winkle, of McLeansboro, for appellant; Conger, Elliott & Fechtig, of Carmi (Ivan A. Elliott, Jr., of counsel), for appellee. Opinion by JUSTICE GOLDENHERSH. **Not to be published in full.**